COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-434-CV

IN RE MIKO TRUCKING, INC., KART RELATORS

CONSTRUCTION & EQUIPMENT CO., INC., 

HANOVER PROPERTY COMPANY, L.L.C. 

D/B/A HANOVER PROPERTY COMPANY, 

MOZLEY ACQUISITION AND DEVELOPMENT 

PARTNERS, L.P., AND MIRA LAGOS 

HOMEOWNERS' ASSOCIATION, INC.

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

We have considered relators’ “Motion To Dismiss Petition For Writ Of Mandamus.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss this original proceeding.

Costs of the original proceeding shall be paid by the party incurring the same, for which let execution issue
.

PER CURIAM

PANEL:  DAUPHINOT, WALKER, and MCCOY, JJ.

DELIVERED:  March 26, 2009

FOOTNOTES
1:
See 
Tex. R. App. P.
 47.4
.